# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24–19146 – LSS**   Chapter: **13**

**Hao Huang**
Debtor

## NOTICE OF NON–COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 12/31/24

　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Erica Cumberland
　　　　　　　　　　　　　　　　　　　　　　　　410–962–4221

cc:   Debtor
　　　Attorney for Debtor – Robert John Harris
　　　Case Trustee – Rebecca A. Herr
　　　All Creditors

Form trnoncmp